UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT CT
INDIA[...]

07 MAR 16 PM 3:54

SOU[...]
OF I[...]
LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) ) ) | CASE NO. |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| MANATRON, INCORPORATED, | ) ) ) | 1:07-cv-0358-JDT-WTL |
| Defendant. | ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, Manatron, Incorporated ("Manatron"), by counsel, pursuant to Local Rule 7.2, hereby identifies all its parent corporations and lists any publicly held company or investment fund that holds a 10% or more ownership interest in Manatron:

None.

Respectfully submitted,

LOCKE REYNOLDS LLP

By: _____
James Dimos, #11178-49
Joel E. Tragesser, #21414-29
Richelle M. Harris, #26401-49

Attorneys for Defendant,
Manatron, Incorporated

## CERTIFICATE OF SERVICE

Service of the foregoing was made by placing a copy of the same into the United States Mail, first class postage prepaid, this 16th day of March, 2007, addressed to:

J. Lee McNeely
Brady J. Rife
MCNEELY STEPHENSON THOPY &
HARROLD
215 Intelliplex Drive, Suite 100
Shelbyville, IN 46176

_____

LOCKE REYNOLDS LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN  46244-0961
Phone: 317-237-3800
Fax: 317-237-3900
jdimos@locke.com
jtragesser@locke.com
rharris@locke.com

824339_1

2