IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, <br><br> Plaintiffs and Counterclaim Defendants, <br><br> vs. <br><br> MANATRON, INCORPORATED, <br><br> Defendant and Counterclaimant. | Case No.: 1:07-cv-358-RLY-DML |

## PLAINTIFFS' FINAL WITNESS AND EXHIBIT LISTS

### I. Witness List

Come now the Plaintiffs, Nikish Software Corporation and Kishin Bharwani, by counsel, and submit the following list of witnesses who may be called at the trial of this matter:

1. Kishin Bharwani.

2. Defendant, by its highest officer.

3. Marty Ulanski, Executive Vice President, Manatron, Inc.

4. John R. Hansen, Director of Contracts, Manatron, Inc.

5. Employees of Nikish Corporation and Manatron Incorporated who are familiar with the issues which are the subject of this action.

6. Dick Robertson, Nikish Software Corporation.

7. Larry Lacer, Warrick County Auditor.

8. Representatives of the Indiana counties who received and/or reviewed the Defendant's December 1, 2006 letter.

9. Representatives of the Indiana counties to whom the Plaintiffs have presented their RMS 2.0 software.

10. Representatives of Indiana counties responsible for contracting with software vendors.

11. Representative of Indiana Department of Local Government Finance.

12. Any expert witness retained by Plaintiffs.

13. Any independent expert witness agreed upon by the parties.

14. Any witness identified through the discovery process.

15. Any and all witnesses listed on the Defendant's witness list.

16. Any and all witnesses needed for rebuttal or impeachment purposes.

17. Any witness who may become necessary to establish the authenticity of any document offered by the parties.

18. Any witness who may be deposed in this matter.

19. Any and all witnesses who may be discovered between the date of this witness list and the trial of this matter who will be promptly disclosed to the Court and opposing counsel.

## II.  Exhibit List

Come now the Plaintiffs, Nikish Software Corporation And Kishin Bharwani, by counsel, and submit the following list of exhibits which may be utilized at the trial of this matter:

1. Exhibits to the Complaint.

2. Application Source Code for RMS 2.0.

3. Application Source Code for MVP.

4. Discovery responses of the parties.

5. Depositions of the parties and any and all witnesses and all exhibits thereto.

6. Any and all relevant electronic data in the possession, custody, or control of the parties.

7. Any documentation or data reviewed by any expert witness.

8. Reports of any expert witness.

9. All reports, records, documentation, data, or other materials reviewed, relied upon, utilized, produced or generated by any expert.

10. The parties' F.R.C.P. 26 disclosures and any referred to and/or produced in conjunction with said disclosures.

11. Any and all exhibits listed on the Defendant's exhibit list.

12. Any and all exhibits needed for rebuttal or impeachment purposes.

13. Demonstrative exhibits, charts, and/or summaries.

14. Any documents produced by any party or non-party to this action.

15. Any and all exhibits which may be discovered between the date of this exhibit list and the trial of this matter which will be promptly disclosed to the Court and to opposing counsel.

        Respectfully submitted,

        McNEELY, STEPHENSON, THOPY & HARROLD


        /s/ Brady J. Rife
        Brady J. Rife
        Attorney No.: 25378-73
        Attorney for Plaintiffs,
        Nikish Software Corp. and Kishin Bharwani


## CERTIFICATE OF SERVICE

I hereby certify that on this  15th  day of December, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Richelle Marie Harris
rharris@fbtlaw.com, jtheal@fbtlaw.com

G. Christopher Bernard
mruvo@bodmanllp.com, cbernard@bodmanllp.com

Susan M. Kornfield
skornfield@bodmanllp.com, mpoupard@bodmanllp.com

Joel E. Tragesser
saddington@fbtlaw.com, jtragesser@fbtlaw.com

James Dimos
jdimos@fbtlaw.com, award@fbtlaw.com

        /s/ Brady J. Rife
        Brady J. Rife

McNEELY, STEPHENSON, THOPY & HARROLD  
Attorneys at Law  
2150 Intelliplex Drive, Suite 100  
Shelbyville, Indiana  46176  
Telephone: 317-825-5110  
Facsimile: 317-825-5109  
bjrife@msth.com  
jlmcneely@msth.com