UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) ) ) | |
|     Plaintiffs, | ) ) | CASE NO. 1:07-cv-00358-RLY-DML |
|     v. | ) ) | |
| MANATRON, INCORPORATED, | ) ) ) | APPROVED. DML 3/19/10 |
|     Defendant, | ) ) | |
| _____ | ) | |
| MANATRON, INCORPORATED, | ) ) ) | |
|     Counterclaimant, | ) ) | |
| v. | ) ) | |
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) ) ) | |
|     Counterclaim Defendants. | ) ) ) | |
| _____ | ) | |

**MARCH 17, 2010 JOINT STATUS REPORT REGARDING PLAN FOR SOURCE CODE EXPERT REVIEW**

Pursuant to the Magistrate Judge's Order entered on February 12, 2010 (Dkt No. 102), plaintiffs/counter-defendants Nikish Software Corp. and Kishin J. Bharwani (collectively, "Nikish") and defendant/counter-plaintiff Manatron, Incorporated ("Manatron") jointly report to the Court the following:

The parties have provided copies of their respective source code to the expert, Dr. Austin. Dr. Austin is working on his analysis, but has not yet been able to complete the analysis and produce a report.

The parties shall file with the Court on or before March 26, 2010 an updated status report regarding the expert's findings.

Respectfully submitted,

/s/ James Dimos (with consent)
James Dimos, #11187-49
Joel E. Tragesser, #21414-29
Richelle M. Harris, #26401-49
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Attorneys for Defendant/Counter-Plaintiff

s/ G. Christopher Bernard
G. Christopher Bernard (P57939)
Susan M. Kornfield
BODMAN LLP
201 South Division Street, Suite 400
Ann Arbor, MI 48104
(734) 930-0237
Attorneys for Plaintiffs/Counter-Defendants

March 17, 2010

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on March 17, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

J. Lee McNeely
James Dimos
Joel E. Tragesser
Brady J. Rife
Richelle Marie Harris

                                                Respectfully submitted,

                                                s/ G. Christopher Bernard
                                                BODMAN LLP
                                                201 South Division Street, Suite 400
                                                Ann Arbor, MI 48104
                                                (734) 930-2482
                                                cbernard@bodmanllp.com
                                                (P57939)
March 17, 2010                              Attorneys for Counter-defendants