UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, ) | CASE NO. 1:07-cv-00358-RLY-DML |
| Plaintiffs, ) | |
| v. ) | |
| MANATRON, INCORPORATED, ) | |
| Defendant. ) | |
| MANATRON, INCORPORATED, ) | |
| Counter-Plaintiff, ) | |
| v. ) | |
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, ) | |
| Counter-Defendant. ) | |

## MARCH 29, 2010 JOINT STATUS REPORT REGARDING PLAN FOR SOURCE CODE EXPERT REVIEW

Pursuant to the Magistrate Judge's Order entry of March 19, 2010 (Dkt No. 105), plaintiffs/counter-defendants Nikish Software Corp. and Kishin J. Bharwani (collectively, "Nikish") and defendant/counter-plaintiff Manatron, Incorporated ("Manatron") jointly report to the Court the following:

The parties have provided copies of their respective source code to the expert, Dr. Austin. Dr. Austin is working on his analysis, but has not yet been able to complete the analysis and produce a report. At the request of the parties, Dr. Austin has provided an estimate as to the amount of time it will take for him to complete his analysis and produce a report. On March 29,

2010, in response to the parties' request, Dr. Austin has indicated to the parties that he believes that he can complete both tasks within the next six (6) weeks.

Counsel for the parties will be conducting a conference call to discuss whether there is a way to expedite the process.  After that call, the parties will provide additional instruction to Dr. Austin if appropriate.

The parties propose that they file with the Court on or before April 26, 2010 an updated status report regarding their efforts and Dr. Austin's progress.

                Respectfully submitted,

| /s/ James Dimos | s/  G. Christopher Bernard(with consent) |
|---|---|
| James Dimos, #11187-49 | G. Christopher Bernard (P57939) |
| Joel E. Tragesser, #21414-29 | Susan M. Kornfield |
| Richelle M. Harris, #26401-49 | BODMAN LLP |
| FROST BROWN TODD LLC | 201 South Division Street, Suite 400 |
| 201 North Illinois Street, Suite 1900 | Ann Arbor, MI 48104 |
| P.O. Box 44961 | (734) 930-0237 |
| Indianapolis, IN  46244-0961 | Attorneys for Plaintiffs/Counter-Defendants |
| Attorneys for Defendant/Counter-Plaintiff | |

March 29, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2009, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| J. Lee McNeely<br>Brady J. Rife<br>MCNEELY STEPHENSON THOPY & HARROLD<br>jlmcneely@msth.com<br>bjrife@msth.com | G. Christopher Bernard<br>Susan M. Kornfield<br>BODMAN LLP<br>201 South Division Street, Suite 400<br>Ann Arbor, MI  48104<br>cbernard@bodmanllp.com<br>skornfield@bodmanllp.com |

               */s/ James Dimos*
               James Dimos

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
Phone: 317-237-3800
Fax: 317-237-3900
jdimos@fbtlaw.com
jtragesser@fbtlaw.com
rharris@fbtlaw.com

895394