UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI,<br><br>Plaintiffs,<br><br>v.<br><br>MANATRON, INCORPORATED,<br><br>Defendant. | CASE NO. 1:07-cv-00358-RLY-DML<br><br>APPROVED.  DML  3/30/10 |
| MANATRON, INCORPORATED,<br><br>Counter-Plaintiff,<br><br>v.<br><br>NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI,<br><br>Counter-Defendant. | |

## MARCH 29, 2010 JOINT STATUS REPORT REGARDING PLAN FOR SOURCE CODE EXPERT REVIEW

Pursuant to the Magistrate Judge's Order entry of March 19, 2010 (Dkt No. 105), plaintiffs/counter-defendants Nikish Software Corp. and Kishin J. Bharwani (collectively, "Nikish") and defendant/counter-plaintiff Manatron, Incorporated ("Manatron") jointly report to the Court the following:

The parties have provided copies of their respective source code to the expert, Dr. Austin. Dr. Austin is working on his analysis, but has not yet been able to complete the analysis and produce a report. At the request of the parties, Dr. Austin has provided an estimate as to the amount of time it will take for him to complete his analysis and produce a report. On March 29,