UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 1:07-cv-00358-RLY-DML |
| v. | ) ) | **APPROVED.** |
| MANATRON, INCORPORATED, | ) ) | **DML  4/28/10** |
| Defendant, | ) | |
| MANATRON, INCORPORATED, | ) ) | |
| Counterclaimant, | ) ) | |
| v. | ) ) | |
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) ) ) | |
| Counterclaim Defendants. | ) ) | |

**April 26, 2010 JOINT STATUS REPORT REGARDING PLAN FOR
SOURCE CODE EXPERT REVIEW**

Pursuant to the Magistrate Judge's Order entered on March 30, 2010 (Dkt No. 107), plaintiffs/counter-defendants Nikish Software Corp. and Kishin J. Bharwani (collectively, "Nikish") and defendant/counter-plaintiff Manatron, Incorporated ("Manatron") jointly report to the Court the following:

As reported previously, the expert, Dr. Austin, informed the parties of the progress of his analysis on March 29, 2010. For the Court's information, Dr. Austin noted the following:

> As for the time line, in order to make a thorough analysis of the codes, it is important to employ multiple methods. Due to the different nature of the two code bases, the analysis will have to be almost completely manual. . ..
>
> To date, I have spent 5.25 hours getting to know the three code bases (Nikish Software, Manatron, and co-owned IP). Moving forward I will be performing the following tasks:
>
>   - code structure analysis
>   - source code algorithm analysis
>   - control path analysis
>   - code namespace analysis
>   - vestigial code analysis

Dr. Austin estimated that it will take 50-60 hrs to perform these tasks, and noted that a large amount of time would be required due to "the immense size of source code that is to be analyzed." Dr. Austin thought he could complete the task in 6 weeks, or by approximately the week of May 10, 2010.

After this report, the parties delivered additional information and instructions to Dr. Austin. To date, the analysis is not complete.

The parties shall file with the Court on or before May 24, 2010 an updated status report regarding the expert's findings.

- 2 -

                                                      Respectfully submitted,

| /s/ James Dimos (with consent) | s/ G. Christopher Bernard |
|---|---|
| James Dimos, #11187-49 | G. Christopher Bernard (P57939) |
| Joel E. Tragesser, #21414-29 | Susan M. Kornfield |
| Richelle M. Harris, #26401-49 | BODMAN LLP |
| FROST BROWN TODD LLC | 201 South Division Street, Suite 400 |
| 201 North Illinois Street, Suite 1900 | Ann Arbor, MI 48104 |
| P.O. Box 44961 | (734) 930-0237 |
| Indianapolis, IN 46244-0961 | Attorneys for Plaintiffs/Counter-Defendants |
| Attorneys for Defendant/Counter-Plaintiff | |

April 26, 2010

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

J. Lee McNeely
James Dimos
Joel E. Tragesser
Brady J. Rife
Richelle Marie Harris

      Respectfully submitted,

      s/ G. Christopher Bernard
      BODMAN LLP
      201 South Division Street, Suite 400
      Ann Arbor, MI 48104
      (734) 930-2482
      cbernard@bodmanllp.com
      (P57939)

April 26, 2010      Attorneys for Counter-defendants