UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> Approved.
>
> DML  5/19/10

| | | |
|---|---|---|
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 1:07-cv-00358-RLY-DML |
| v. | ) ) | |
| MANATRON, INCORPORATED, | ) ) | |
| Defendant, | ) | |
| MANATRON, INCORPORATED, | ) ) | |
| Counterclaimant, | ) ) | |
| v. | ) ) | |
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) ) ) | |
| Counterclaim Defendants. | ) ) | |

**MAY 17, 2010 JOINT STATUS REPORT REGARDING PLAN FOR SOURCE CODE EXPERT REVIEW**

Pursuant to the Magistrate Judge's Order entered on April 28, 2010 (Dkt No. 109), plaintiffs/counter-defendants Nikish Software Corp. and Kishin J. Bharwani (collectively, "Nikish") and defendant/counter-plaintiff Manatron, Incorporated ("Manatron") jointly report to the Court the following:

As reported previously, the expert, Dr. Austin, informed the parties of the progress of his analysis on March 29, 2010. Dr. Austin thought he could complete the task in 6 weeks, or by approximately the week of May 10, 2010.

On May 12, 2010, Dr. Austin reported to the parties that although work on the analysis is progressing, he will need additional time. He has specifically pledged to produce a draft report to the parties by Wednesday, June 2, 2010.

The parties shall file with the Court on or before June 14, 2010 an updated status report regarding the expert's findings.

                                                             Respectfully submitted,

| | |
|---|---|
| /s/ James Dimos (with consent) | s/ G. Christopher Bernard |
| James Dimos, #11187-49 | G. Christopher Bernard (P57939) |
| Joel E. Tragesser, #21414-29 | Susan M. Kornfield |
| Richelle M. Harris, #26401-49 | BODMAN LLP |
| FROST BROWN TODD LLC | 201 South Division Street, Suite 400 |
| 201 North Illinois Street, Suite 1900 | Ann Arbor, MI 48104 |
| P.O. Box 44961 | (734) 930-0237 |
| Indianapolis, IN 46244-0961 | Attorneys for Plaintiffs/Counter-Defendants |
| Attorneys for Defendant/Counter-Plaintiff | |

May 17, 2010