UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) ) ) |
| Plaintiffs, | ) CASE NO. 1:07-cv-00358-RLY-DML ) |
| v. | ) ) |
| MANATRON, INCORPORATED, | ) ) |
| Defendant, | ) ) |
| MANATRON, INCORPORATED, | ) ) |
| Counterclaimant, | ) ) |
| v. | ) ) |
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) ) ) |
| Counterclaim Defendants. | ) ) |

**JUNE 14, 2010 JOINT STATUS REPORT REGARDING PLAN FOR
SOURCE CODE EXPERT REVIEW**

AnnArbor_175131_1

Pursuant to the Magistrate Judge's Order entered on May 19, 2010 (Dkt No. 111), plaintiffs/counter-defendants Nikish Software Corp. and Kishin J. Bharwani (collectively, "Nikish") and defendant/counter-plaintiff Manatron, Incorporated ("Manatron") jointly report to the Court the following:

As reported previously, the expert, Dr. Austin, pledged to produce a report to the parties by Wednesday, June 2, 2010.  Around the time set for release of the report, Dr. Austin raised a question as to possible dissemination of confidential information of the parties.  The parties agreed that the report would first be issued only to counsel and that counsel would not forward any potentially confidential or proprietary information of the opposing party to their client representatives until after reviewing the report and conferring to arrange for further dissemination.  Dr. Austin issued his report on June 4, 2010.

Counsel for the parties are currently reviewing the report for confidential or proprietary information.  Counsel for both parties have related to their clients a summary of Dr. Austin's conclusion.  Nikish believes that advising the Court in writing as to the expert's conclusion is appropriate and directly relevant to the purpose for requesting the expert review, and proposed to set out a portion of Dr. Austin's conclusion verbatim in this status report.  Manatron disagrees and objected to Nikish's request as Manatron believes that the inclusion of any portion of the report, either verbatim or in summary fashion, is inappropriate, unnecessary and is not relevant to the purpose of this status report.  The parties are reviewing next steps, including a summary judgment motion and/or settlement.  Counsel for both parties would suggest to the Court that this matter be set for a telephonic status conference some time after July 5, 2010 to discuss the status of the matter.

                                       Respectfully submitted,

| | |
|---|---|
| /s/ James Dimos (with consent) | s/ G. Christopher Bernard |
| James Dimos, #11187-49 | G. Christopher Bernard (P57939) |
| Joel E. Tragesser, #21414-29 | Susan M. Kornfield |
| Richelle M. Harris, #26401-49 | BODMAN LLP |
| FROST BROWN TODD LLC | 201 South Division Street, Suite 400 |
| 201 North Illinois Street, Suite 1900 | Ann Arbor, MI 48104 |
| P.O. Box 44961 | (734) 930-0237 |
| Indianapolis, IN  46244-0961 | Attorneys for Plaintiffs/Counter-Defendants |
| Attorneys for Defendant/Counter-Plaintiff | |

June 14, 2010

AnnArbor_175131_1

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

J. Lee McNeely
James Dimos
Joel E. Tragesser
Brady J. Rife
Richelle Marie Harris

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | s/ G. Christopher Bernard |
|  | BODMAN LLP |
|  | 201 South Division Street, Suite 400 |
|  | Ann Arbor, MI 48104 |
|  | (734) 930-2482 |
|  | cbernard@bodmanllp.com |
|  | (P57939) |
| June 14, 2010 | Attorneys for Counter-defendants |

984659_1
984692_1

- 3 -

AnnArbor_175131_1