UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NIKISH SOFTWARE CORPORATION,<br>KISHIN BHARWANI, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CASE NO. 1:07-cv-00358-RLY-DML<br>) |
| MANATRON, INCORPORATED, | )<br>)<br>) |
| Defendant. | ) |

## Entry Setting Status Conference

This case is set for a telephone status conference on July 26, 2010, at 9:30 a.m., before Magistrate Judge Debra McVicker Lynch. Counsel shall call the court at 317-229-3630 to participate.

Date: 06/15/2010

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

G. Christopher Bernard
BODMAN LLP
cbernard@bodmanllp.com

James Dimos
FROST BROWN TODD LLC
jdimos@fbtlaw.com

Richelle Marie Harris
FROST BROWN TODD LLC
rharris@fbtlaw.com

Susan M. Kornfield
BODMAN LLP
skornfield@bodmanllp.com

J. Lee McNeely
MCNEELY STEPHENSON THOPY & HARROLD
jlmcneely@msth.com

Brady J. Rife
MCNEELY STEPHENSON THOPY & HARROLD
bjrife@msth.com

Joel E. Tragesser
FROST BROWN TODD LLC
jtragesser@fbtlaw.com