UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) ) ) |
| Plaintiffs, | ) CASE NO. 1:07-cv-00358-RLY-DML ) |
| v. | ) ) |
| MANATRON, INCORPORATED, | ) **APPROVED.** ) |
| Defendant, | ) **DML  6/15/10** ) |
| MANATRON, INCORPORATED, | ) ) |
| Counterclaimant, | ) ) |
| v. | ) ) |
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) ) ) |
| Counterclaim Defendants. | ) ) |

**JUNE 14, 2010 JOINT STATUS REPORT REGARDING PLAN FOR
SOURCE CODE EXPERT REVIEW**

AnnArbor_175131_1