# UNITED STATES DISTRICT COURT

## Southern District of Indiana

*Laura Briggs*

*Clerk of the Court*

| | |
|---|---|
| 46 East Ohio Street, Room 105 | 101 Northwest MLK Boulevard |
| Indianapolis, Indiana | Evansville, Indiana |
| 46204 | 47708 |
| 921 Ohio Street | 121 West Spring Street |
| Terre Haute, Indiana | New Albany, Indiana |
| 47807 | 47150 |

June 25, 2010

Re: NIKISH SOFTWARE CORPORATION
et al v. MANATRON, INCORPORATED
Cause Number: 1:07–cv–00358–TWP–DML

TO ALL COUNSEL OF RECORD:

     Due to the recent appointment of The Honorable Tanya Walton Pratt as an Article III Judge and pursuant to Local Rule 40.1(h), the above matter was reassigned from the docket of Judge Richard L. Young to the docket of Judge Tanya Walton Pratt on June 25, 2010. The cause number has been changed to reflect the initials of the newly assigned district judge. Please note that cause number **1:07–cv–00358–TWP–DML** must be used on all future filings.

     All case schedules and deadlines remain unchanged at this time, including hearing, conference and/or trial dates. In the event that any calendared dates must be vacated and reassigned, you will receive notification from the newly assigned judge. Questions regarding pending motions or scheduled dates may be directed to Tanesa Genier, Courtroom Deputy for Judge Tanya Walton Pratt, at (317) 229–3916.

Sincerely,

Laura Briggs

By: s/Amy McClellan
Amy McClellan, Deputy Clerk

Copies to:

The Honorable Judge Tanya Walton Pratt