UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NIKISH SOFTWARE CORPORATION AND
KISHIN BHARWANI,
,

    Plaintiffs,

v.

MANATRON, INC.

    Defendants.

_____/

MANATRON, INC.

    Counterclaimant.

v.

NIKISH SOFTWARE CORPORATION AND
KISHIN BHARWANI,

    Counterdefendants.

_____/

CASE NO. 1:07-cv-00358-TWP-DML

Hon. Tanya Walton Pratt

Magistrate Judge Debra McVicker Lynch

### MOTION BY PLAINTIFFS-COUNTERDEFENDANTS NIKISH SOFTWARE CORPORATION AND KISHIN BHARWANI UNDER FED.R.CIV.P. 56 FOR SUMMARY JUDGMENT OF DEFENDANT'S COUNTERCLAIM

Plaintiffs/Counter-Defendants, Nikish Software Corporation and Kishin Bharwani (collectively, "Nikish"), move under Fed. R. Civ. P. 56 for summary judgment of the counterclaims of Defendant/Counter-plaintiff Manatron Incorporated ("Manatron"). The computer scientist expert jointly retained by the parties has conclusively determined that Nikish

has not copied any elements of authorship found in Manatron's MVP software. Manatron, therefore, cannot raise a genuine issue of material fact supporting its claims for copyright infringement. In addition, the expert's findings conclusively refute each of the bases for Manatron's claims of trade secret misappropriation, breach of contract, unfair competition, breach of fiduciary duty, breach of the duty of good faith and fair dealing, tortious interference, unjust enrichment, deception, and conversion. This Court, therefore, should grant Nikish summary judgment of all counts of Manatron's counterclaim.

Nikish relies upon the accompanying Brief in support of its motion.

Respectfully submitted,

s/ G. Christopher Bernard
BODMAN LLP
201 South Division Street, Suite 400
Ann Arbor, MI 48104
(734) 930-2482
cbernard@bodmanllp.com
(P57939)

July 9, 2010                                   Attorneys for Plaintiffs/Counter-defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

J. Lee McNeely
James Dimos
Joel E. Tragesser
Brady J. Rife
Richelle Marie Harris

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | s/ G. Christopher Bernard<br>BODMAN LLP<br>201 South Division Street, Suite 400<br>Ann Arbor, MI 48104<br>(734) 930-2482<br>cbernard@bodmanllp.com<br>(P57939) |
| July 9, 2010 | Attorneys for Plaintiffs/Counter-defendants |