UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NIKISH SOFTWARE CORPORATION | ) | |
| and KISHIN BHARWANI, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CASE NO:  1:07-cv-0358-TWP-DML |
| | ) | |
| MANATRON, INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

## Entry from Status Conference and
## Order Setting Settlement Conference and Related Deadlines

The parties, by counsel, appeared for a telephone status conference on July 26, 2010, with

the magistrate judge.  Counsel shall confer and submit a proposed modified case management

plan within 10 days of this order.

This case is set for a settlement conference on **September 24, 2010, at 9:30 a.m.**

**(Eastern)**, in Room 277, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana,

before Magistrate Judge Debra McVicker Lynch.

**Unless excused by order of the court, clients or client representatives with complete**

**authority to negotiate and communicate a settlement shall attend the settlement conference**

**along with their counsel.**  This requires the presence of each party, or the authorized

representative of each corporate, governmental, or other organizational entity.  Any insurance

company that is a party, or is contractually required to defend or indemnify any party, in whole

or in part, must have a fully authorized settlement representative present at the conference.  That

representative must have final settlement authority to commit the company to pay, in the

representative's own discretion, the amount within the policy limits, or up to the plaintiff's last

demand, whichever is lower.  The purpose of this requirement is to have in attendance a

representative who has the authority to exercise discretion to settle the case during the settlement

conference without consulting someone else who is not present.

**No other persons are permitted to attend the settlement conference without leave of**

**court.**

**On or before three (3) business days before the conference, the parties shall submit**

**(not file) a confidential settlement statement** setting forth a <u>brief</u> statement of:  (1) relevant

facts, including any key facts that the party believes are admitted or in dispute; (2) damages,

including any applicable back pay, mitigation, compensatory and/or punitive damages, or any

other special damages; (3) the existence of any applicable liens; and (4) any pending or

anticipated dispositive or other substantive motions and citation to controlling precedent in

support of their respective legal positions.  The confidential settlement statement should not

exceed five pages, and submission of exhibits should be kept to a minimum.  Confidential

settlement statements should be submitted by email to JudgeLynchChambers@insd.uscourts.gov.

**No later than fifteen days before the settlement conference, Plaintiff(s) shall serve a**

**settlement demand on Defendant(s), who shall serve a response no later than seven days**

**before the settlement conference.  The parties shall submit (not file) courtesy copies of their**

**respective demand and response at the time of service.**  These should be emailed to the

magistrate judge at JudgeLynchChambers@insd.uscourts.gov.  There is no need to follow an

email with a hard copy.

A request to vacate or continue the settlement conference must be made by motion filed

with the court **no later than two weeks** prior to the conference, except in exigent circumstances.

These motions will be granted only for good cause.  Failure to comply with any of the provisions

in this order may result in sanctions.

       So ORDERED.


       Date:___07/27/2010_____

                              Debra McVicker Lynch
                              United States Magistrate Judge
                              Southern District of Indiana

Distribution:

G. Christopher Bernard
BODMAN LLP
cbernard@bodmanllp.com

James  Dimos
FROST BROWN TODD LLC
jdimos@fbtlaw.com

Richelle Marie Harris
FROST BROWN TODD LLC
rharris@fbtlaw.com

Susan M. Kornfield
BODMAN LLP
skornfield@bodmanllp.com

J. Lee McNeely
MCNEELY STEPHENSON THOPY & HARROLD
jlmcneely@msth.com

Brady J. Rife
MCNEELY STEPHENSON THOPY & HARROLD
bjrife@msth.com

Joel E. Tragesser
FROST BROWN TODD LLC
jtragesser@fbtlaw.com