**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, ) | CASE NO. 1:07-cv-00358-TWP-DML |
| Plaintiffs, ) | |
| v. ) | |
| MANATRON, INCORPORATED, ) | |
| Defendant. ) | |
| MANATRON, INCORPORATED, ) | |
| Counter-Plaintiff, ) | |
| v. ) | |
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, ) | |
| Counter-Defendant. ) | |

## **AFFIDAVIT OF JOEL E. TRAGESSER**

I, Joel E. Tragesser, affirm under penalties of perjury, the truth of the following statements:

1. I am an attorney at law licensed to practice before the Courts of the State of Indiana and this United States District Court.

2. I am an attorney in the law firm of Frost Brown Todd LLC, attorneys for Defendant/Counter-Plaintiff Manatron, Incorporated.

3. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

4.  The depositions of Daniel Wimpelberg, Will Norris and Vicki Norris are essential and necessary for Manatron to respond to Counter-Defendants Motion for Summary Judgment.

5.  Manatron believes that the depositions of Daniel Wimpelberg, Will Norris and Vicki Norris will reveal how Nikish copied and used Manatron's software.

6.  Based upon my conversations with these individuals, Manatron believes that they will testify to the following:

- Kishin Bharwani follows what his Manatron sources guide him to do.

- Nikish employees often commented how Manatron's MVP software source code was used to build RMS 2.0.

- Nikish intentionally made changes to mask the similarities to Manatron's MVP software source code.

- When Nikish received Manatron's request to be submitted to the computer expert for analysis, Kishin Bharwani and Keith Tucci of Nikish were pleased because there couldn't have been a better module to clear Nikish of copying Manatron's MVP software source code.

- The code that Nikish sent to the computer expert for analysis was newer production code that had been rewritten over time.

- Nikish's demonstration of tax software to Bartholomew County looked very similar to Manatron's MVP software.

- When making a demonstration to Clinton County, Nikish used data from Manatron's project in Dauphin County.

- Other facts as may be gained during the examination and discovery process.

I AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

August 6, 2010                               /s/ Joel E. Tragesser
                                              Joel E. Tragesser

990985_1