UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) CASE NO. 1:07-cv-00358-TWP-DML |
| Plaintiffs, | ) |
| v. | ) |
| MANATRON, INCORPORATED, | ) |
| Defendant. | ) |
| MANATRON, INCORPORATED, | ) |
| Counter-Plaintiff, | ) |
| v. | ) |
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) |
| Counter-Defendant. | ) |

> GRANTED, on the grounds that Manatron has made an appropriate showing under Fed.R.Civ.P. 56(f). The court makes no ruling at this time on the admissibility issues raised in the response. Manatron has until September 17, 2010, to file its response to the motion for summary judgment.
>
> DML  8/25/10

**MANATRON'S MOTION FOR CONTINUANCE PURSUANT TO RULE 56(F) TO TAKE DEPOSITIONS OF <u>DANIEL WIMPELBERG, WILL NORRIS, AND VICKI NORRIS</u>**

Defendant/Counter-Plaintiff, Manatron, Incorporated, by counsel, pursuant to Fed.R.Civ.P. 56(f), moves for a continuance, to and including September 17, 2010, to allow for the depositions of third parties Daniel Wimpelberg, Will Norris and Vicki Norris. After taking these depositions, Manatron will file its Response in Opposition to Counter-Defendants' Motion for Summary Judgment on Manatron's Counterclaims (Docket No. 116). This new deadline would be one week before the Settlement Conference, which is set for September 24, 2010.