UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) ) ) | CASE NO. 1:07-cv-00358-TWP-DML |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MANATRON, INCORPORATED, | ) ) | |
| Defendant. | ) ) | |
| MANATRON, INCORPORATED, | ) ) ) | |
| Counter-Plaintiff, | ) ) | |
| v. | ) ) | |
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) ) ) | |
| Counter-Defendant. | ) | |

**MANATRON'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT**

Defendant/Counter-Plaintiff, Manatron, Incorporated, by counsel, moves for a second extension of time, to and including October 7, 2010, to file its Response in Opposition to Counter-Defendants' Motion for Summary Judgment on Manatron's Counterclaims (Docket No. 116). In support of this Motion, Manatron states:

1. On August 6, 2010, Manatron filed a Motion for Continuance Pursuant to Rule 56(f) to take the depositions of third parties Daniel Wimpelberg, Will Norris and Vicki Norris (Docket No. 121).

2. The Court granted Manatron's Motion for Continuance on August 25, 2010 (Docket No. 126).

3. Manatron scheduled the deposition of Daniel Wimpelberg for September 13, 2010, and was able to confirm this date with him.

4. Manatron scheduled the depositions of Will Norris and Vicki Norris for September 10, 2010, but was unable to confirm this date with them before serving subpoenas. Due to a delay in obtaining service and because of health concerns, the parties have agreed to reschedule these two depositions for September 23, 2010, which is the day before the Settlement Conference.

5. The parties have also agreed that Manatron would then file its Response in Opposition to Counter-Defendants' Motion for Summary Judgment on or before October 7, 2010.

6. Manatron's Response in Opposition to Counter-Defendants' Motion for Summary Judgment is currently due on or before September 17, 2010.

7. Counsel for Counter-Defendants has no objection to this second extension of time.

WHEREFORE, Manatron respectfully requests the Court grant this Motion to extend the deadline for Manatron to file its Response in Opposition to Counter-Defendants' Motion for Summary Judgment on Manatron's Counterclaims to and including October 7, 2010, together with all other just and proper relief in the premises.

>FROST BROWN TODD LLC
>
>By: /s/ Joel E. Tragesser
>James Dimos, #11178-49
>Joel E. Tragesser, #21414-29
>Richelle M. Harris, #26401-49
>
>Attorneys for Defendant/Counter-Plaintiff
>Manatron, Incorporated

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**J. Lee McNeely**  
**Brady J. Rife**  
MCNEELY STEPHENSON THOPY & HARROLD  
jlmcneely@msth.com  
bjrife@msth.com  

**G. Christopher Bernard**  
**Susan M. Kornfield**  
BODMAN LLP  
cbernard@bodmanllp.com  
skornfield@bodmanllp.com  

/s/ Joel E. Tragesser

FROST BROWN TODD LLC  
201 North Illinois Street, Suite 1900  
P.O. Box 44961  
Indianapolis, IN  46244-0961  
Phone: 317-237-3800  
Fax: 317-237-3900  
jdimos@fbtlaw.com  
jtragesser@fbtlaw.com  
rharris@fbtlaw.com  

994350v1