UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, ) ) ) Plaintiffs, ) ) v. ) ) MANATRON, INCORPORATED, ) ) Defendant. ) | CASE NO. 1:07-cv-00358-TWP-DML |
| MANATRON, INCORPORATED, ) ) Counter-Plaintiff, ) ) v. ) ) NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, ) ) Counter-Defendant. ) | |

**ORDER GRANTING MANATRON'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**

Defendant/Counter-Plaintiff, Manatron, Incorporated, by counsel, having filed its Unopposed Motion for Second Extension of Time to Respond to Motion for Summary Judgment, and the court, having considered the motion, determines it should be GRANTED.

IT IS HEREBY ORDERED that Manatron, Incorporated has to and including October 7, 2010, to file its Response in Opposition to Counter-Defendants' Motion for Summary Judgment.

Dated: 09/09/2010

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to:

**J. Lee McNeely**
**Brady J. Rife**
MCNEELY STEPHENSON THOPY & HARROLD
jlmcneely@msth.com
bjrife@msth.com

**G. Christopher Bernard**
**Susan M. Kornfield**
BODMAN LLP
cbernard@bodmanllp.com
skornfield@bodmanllp.com

**James Dimos**
**Joel E. Tragesser**
**Richelle M. Harris**
FROST BROWN TODD LLC
jdimos@fbtlaw.com
jtragesser@fbtlaw.com
rharris@fbtlaw.com