UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CASE NO:  1:07-cv-0358-TWP-DML |
| MANATRON, INCORPORATED, | ) ) | |
| Defendant. | ) ) | |

## Entry from Settlement Conference

The plaintiff, in person and as an authorized representative and by counsel, and the

defendant, by its authorized representative and by counsel, appeared for a settlement conference

on September 23, 2010, with the magistrate judge.  The conference was held and concluded with

no further order.

Date:____09/27/2010_____

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

G. Christopher Bernard
BODMAN LLP
cbernard@bodmanllp.com

James  Dimos
FROST BROWN TODD LLC
jdimos@fbtlaw.com

Richelle Marie Harris
FROST BROWN TODD LLC
rharris@fbtlaw.com

Susan M. Kornfield
BODMAN LLP
skornfield@bodmanllp.com

J. Lee McNeely
MCNEELY STEPHENSON THOPY & HARROLD
jlmcneely@msth.com

Brady J. Rife
MCNEELY STEPHENSON THOPY & HARROLD
bjrife@msth.com

Joel E. Tragesser
FROST BROWN TODD LLC
jtragesser@fbtlaw.com