UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) CASE NO. 1:07-cv-00358-TWP-DML </br>) </br>) |
| Plaintiffs, | ) </br>) |
| v. | ) </br>) |
| MANATRON, INCORPORATED, | ) </br>) |
| Defendant. | ) </br>) |
| MANATRON, INCORPORATED, | ) </br>) </br>) |
| Counter-Plaintiff, | ) </br>) |
| v. | ) </br>) |
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) </br>) </br>) |
| Counter-Defendant. | ) |

**MANATRON'S NOTICE OF CORRECTIONS
<u>SUBMITTED BY DANIEL WIMPELBERG</u>**

Defendant/Counter-Plaintiff, Manatron, Incorporated, by counsel, notifies the Court and all parties that Mr. Daniel Wimpelberg submitted errata sheets to his deposition transcript of September 13, 2010.[1]  Manatron cited portions of this testimony in its Response in Opposition to Nikish Software's Motion for Summary Judgment (Docket No. 132).

---

[1] Attached as Exhibit 1.

Having received these errata sheets the day after filing its Response, Manatron submits the following corresponding corrections:

### Pages 4-5

Mr. Wimpelberg also testified that **[Keith Tucci]** said that table and field names in the entire RMS database [the software developed by Nikish and alleged to infringe Manatron's MVP tax software] all started with "N" to **[distinguish]** a difference between Nikish's software and Manatron's software because there was a ongoing case [this matter] where it was suspected that the code was used as a basis to create the software that was in place at the time he was working at Nikish. (Wimpelberg Deposition, pp. 12-14, 43-44, 47-52, 59-60).

### Pages 23-24

Mr. Wimpelberg also testified that **[Keith Tucci]** said that table and field names in the entire RMS database all started with "N" to **[distinguish]** a difference between Nikish's software and Manatron's software because there was a ongoing case where it was suspect that the code was used as a basis to create the software that was in place at the time he was working at Nikish. (Wimpelberg Deposition, pp. 12-14, 43-44, 47-52, 59-60).

### Pages 26-27

But Nikish does not determine what elements are protected and cannot rewrite code to **[distinguish]** similarities, as Mr. Wimpelberg testified was done. (Wimpelberg Deposition, pp. 12-14, 43-44, 47-52, 59-60).

Keith Tucci succeeded Kishin Bharwani as Mr. Wimpelberg's manager at Nikish Software. (Wimpelberg Deposition, p. 7).[2]

                                                           FROST BROWN TODD LLC

                                                           By:  /s/ Joel E. Tragesser
                                                           James Dimos, #11178-49
                                                           Joel E. Tragesser, #21414-29
                                                           Richelle M. Harris, #26401-49
                                                           Attorneys for Defendant/Counter-Plaintiff
                                                           Manatron, Incorporated

---

[2] Attached as Exhibit 2.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| **J. Lee McNeely** | **G. Christopher Bernard** |
| **Brady J. Rife** | **Susan M. Kornfield** |
| MCNEELY STEPHENSON THOPY & HARROLD | BODMAN LLP |
| jlmcneely@msth.com | cbernard@bodmanllp.com |
| bjrife@msth.com | skornfield@bodmanllp.com |

       /s/ Joel E. Tragesser

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
Phone: 317-237-3800
Fax: 317-237-3900
jdimos@fbtlaw.com
jtragesser@fbtlaw.com
rharris@fbtlaw.com

998607v1