UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) ) ) |
| Plaintiffs, | ) CASE NO. 1:07-cv-00358-~~DFH~~-TAB  (TWP) ) |
| v. | ) ) |
| MANATRON, INCORPORATED, | ) ) |
| Defendant, | ) |
| MANATRON, INCORPORATED, | ) ) |
| Counterclaimant, | ) ) |
| v. | ) ) |
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) ) ) |
| Counterclaim Defendants. | ) ) |

**ORDER GRANTING REQUEST
BY PLAINTIFFS NIKISH SOFTWARE CORPORATION
AND KISHIN BHARWANI
FOR ORAL ARGUMENT IN SUPPORT OF THEIR MOTION UNDER FED.R.CIV.P. 56
FOR SUMMARY JUDGMENT OF DEFENDANT'S COUNTERCLAIM**

Pursuant to Local Rule 7.5(a), Plaintiffs/Counter-Defendants, Nikish Software Corporation and Kishin Bharwani (collectively, "Nikish") have requested in Dkt. 135 oral argument in support of their Motion Under Fed.R.Civ.P. 56 for Summary Judgment of Defendant's Counterclaim [Dkt 116].

IT IS ORDERED that Nikish's request is GRANTED.

Oral argument on Nikish's motion shall be held at 9:00 am on December 3, 2010 at the United States District Court, 46 East Ohio Street, Room 344, Indianapolis, IN 46204. The Court allots a total of 40 minutes for the argument, each side shall have 20 minutes.

Date: 11/02/2010

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

G. Christopher Bernard
BODMAN LLP
cbernard@bodmanllp.com

James Dimos
LOCKE REYNOLDS LLP
jdimos@locke.com

Richelle Marie Harris
LOCKE REYNOLDS LLP
rharris@locke.com

Susan K. Kornfield
BODMAN LLP
skornfield@bodmanllp.com

J. Lee McNeely
MCNEELY STEPHENSON THOPY  HARROLD
jlmcneely@msth.com

Brady J. Rife
MCNEELY STEPHENSON THOPY & HARROLD
bjrife@msth.com

Joel E. Tragesser
LOCKE REYNOLDS LLP
jtragesser@locke.com