# UNITED STATES DISTRICT COURT

## Southern District of Indiana

*Laura A. Briggs*

*Clerk of the Court*

| | |
|---|---|
| 46 East Ohio Street, Room 105 | 101 Northwest MLK Boulevard |
| Indianapolis, Indiana | Evansville, Indiana |
| 46204 | 47708 |
| 921 Ohio Street | 121 West Spring Street |
| Terre Haute, Indiana | New Albany, Indiana |
| 47807 | 47150 |

December 17, 2010

Re: NIKISH SOFTWARE CORPORATION
et al v. MANATRON, INCORPORATED
Cause Number: 1:07–cv–00358–TWP–MJD

TO ALL COUNSEL OF RECORD:

    Due to the recent appointment of The Honorable Mark J. Dinsmore as a Magistrate Judge and pursuant to Local Rule 40.1(h), the above matter was reassigned to Magistrate Judge Dinsmore on December 17, 2010. The cause number has been changed to reflect the initials ("MJD") of the newly assigned Magistrate Judge. Please note that cause number **1:07–cv–00358–TWP–MJD** must be used on all future filings.

    All case schedules and deadlines before the District Judge and Magistrate Judge remain unchanged at this time, including hearing, conference, and trial dates. However, all hearings and conferences set before the Magistrate Judge will be held in Room 257. In the event that any calendared dates must be vacated and reassigned, the parties will receive notice by separate order.

    Questions regarding pending motions or scheduled dates in this case may be directed to Magistrate Judge Dinsmore's Chambers at (317) 229–3901.

Sincerely,

Laura A. Briggs, Clerk of Court

By: s/Dena Wolf Hernandez
Dena Wolf Hernandez, Deputy Clerk