UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NIKISH SOFTWARE CORPORATION AND KISHIN BHARWANI,
,

    Plaintiffs,

v.

MANATRON, INC.

    Defendants.

_____/

MANATRON, INC.

    Counterclaimant.

v.

NIKISH SOFTWARE CORPORATION AND KISHIN BHARWANI,

    Counterdefendants.

_____/

CASE NO. 1:07-cv-00358-TWP-DML

Honorable Tanya Walton Pratt
United States District Judge

Honorable Mark J. Dinsmore
United States Magistrate Judge

**PLAINTIFFS-COUNTERDEFENDANTS' MOTION FOR ATTORNEYS' FEES AND EXPENSES**

BODMAN LLP
Susan M. Kornfield (P41071)
G. Christopher Bernard (P57939)
201 South Division Street, Suite 400
Ann Arbor, Michigan  48104
Telephone: (734) 761-3780
Facsimile: (734) 930-2494
Attorneys for Plaintiffs - Counterdefendants

## PLAINTIFFS-COUNTERDEFENDANTS'
## MOTION FOR ATTORNEYS' FEES AND EXPENSES

On December 8, 2010, in response to the Motion for Summary Judgment filed by Plaintiffs/Counter-Defendants Nikish Software Corporation and Mr. Kishin Bharwani (Dkt. 116) (collectively, "Nikish"), this Court issued its "Entry on Motion for Summary Judgment" (Dkt. 139), dismissing 9 out of 10 counterclaims filed by Defendant-Counterclaimant, Manatron, Inc.

Pursuant to Fed. R. Civ. P. 54(c) and 17 U.S.C. § 505, Nikish moves for an award of attorneys' fees and expenses against Manatron, Inc. in the amount of $178,991.22.

In support, Nikish relies upon the accompanying Brief and the Declaration of Susan M. Kornfield.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | s/ Susan M. Kornfield<br>BODMAN LLP<br>201 South Division Street, Suite 400<br>Ann Arbor, MI 48104<br>(734) 930-2488<br>skornfield@bodmanllp.com<br>(P41071) |
| December 22, 2010 | Attorneys for Plaintiffs/Counter-defendants |

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

J. Lee McNeely
James Dimos
Joel E. Tragesser
Brady J. Rife
Richelle Marie Harris

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | s/ Susan M. Kornfield |
|  | BODMAN LLP |
|  | 201 South Division Street, Suite 400 |
|  | Ann Arbor, MI 48104 |
|  | (734) 930-2488 |
|  | skornfield@bodmanllp.com |
|  | (P41071) |
| December 22, 2010 | Attorneys for Counter-defendants |