# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | CASE NO. 1:07-cv-00358-TWP-MJD |
| Plaintiffs, | |
| v. | |
| MANATRON, INCORPORATED, | |
| Defendant. | |
| MANATRON, INCORPORATED, | |
| Counter-Plaintiff, | |
| v. | |
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | |
| Counter-Defendant. | |

## ORDER GRANTING MANATRON'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION FOR ATTORNEYS' FEES AND EXPENSES

Defendant/Counter-Plaintiff, Manatron, Incorporated, by counsel, having filed its Unopposed Motion for Enlargement of Time to Respond to Motion for Attorneys' Fees and Expenses (Docket No. 141), and the Court, being duly advised, GRANTS said Motion.

IT IS HEREBY ORDERED that Manatron, Incorporated has to and including January 18, 2011, to file its Response in Opposition to Plaintiffs/Counter-Defendants' Motion for Attorneys' Fees and Expenses.

Dated: 01/04/2011

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution to:

| | |
|---|---|
| **J. Lee McNeely**<br>**Brady J. Rife**<br>MCNEELY STEPHENSON THOPY & HARROLD<br>jlmcneely@msth.com<br>bjrife@msth.com | **James Dimos**<br>**Joel E. Tragesser**<br>**Richelle M. Harris**<br>FROST BROWN TODD LLC<br>jdimos@fbtlaw.com<br>jtragesser@fbtlaw.com<br>rharris@fbtlaw.com |
| **G. Christopher Bernard**<br>**Susan M. Kornfield**<br>BODMAN LLP<br>cbernard@bodmanllp.com<br>skornfield@bodmanllp.com | |

1007515v1