UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NIKISH SOFTWARE CORPORATION, | ) |
| KISHIN BHARWANI, | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) NO. 1:07-cv-00358-TWP-MJD |
| | ) |
| MANATRON, INCORPORATED, | ) |
| | ) |
| Defendant. | ) |

SCHEDULING ORDER

Due to the age of this matter and to accomodate its scheduling, the Court, on its own motion, RESETS the final pretrial conference and the jury trial in this matter. This cause is now set for final pretrial conference on August 10, 2011 at 10:00 a.m. in Room 330 and jury trial on August 29, 2011 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, IN.

Date: 01/12/2011

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to:

G. Christopher Bernard
BODMAN LLP
cbernard@bodmanllp.com

James Dimos
FROST BROWN TODD LLC
jdimos@fbtlaw.com

Richelle Marie Harris
FROST BROWN TODD LLC
rharris@fbtlaw.com

Susan M. Kornfield
BODMAN LLP
skornfield@bodmanllp.com

J. Lee McNeely
MCNEELY STEPHENSON THOPY & HARROLD
jlmcneely@msth.com

Brady J. Rife
MCNEELY STEPHENSON THOPY & HARROLD
bjrife@msth.com

Joel E. Tragesser
FROST BROWN TODD LLC
jtragesser@fbtlaw.com