**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) | CASE NO. 1:07-cv-00358-TWP-MJD |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MANATRON, INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| MANATRON, INCORPORATED, | ) | |
| | ) | |
| | ) | |
| Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, | ) | |
| | ) | |
| Counter-Defendants. | ) | |

**MANATRON'S MOTION FOR SUMMARY JUDGMENT**
**ON THE COMPLAINT FOR DAMAGES**

Defendant/Counter-Plaintiff, Manatron, Incorporated, by counsel and pursuant to Fed.R.Civ.P. 56, moves the Court for summary judgment on the Complaint for Damages of Plaintiffs/Counterclaim Defendants Nikish Software Corporation and Kishin Bharwani (Docket No. 1-2). The grounds for this motion are more fully set forth in the accompanying memorandum.

WHEREFORE, Manatron respectfully requests that the Court enter judgment in Manatron's favor on the Complaint for Damages and to award Manatron its attorneys' fees and costs pursuant to Ind. Code § 34-7-7-7, together with all other relief appropriate under the circumstances.

FROST BROWN TODD LLC

By:  /s/ Joel E. Tragesser
James Dimos, #11178-49
Joel E. Tragesser, #21414-29
Richelle M. Harris, #26401-49

Attorneys for Defendant/Counter-Plaintiff
Manatron, Incorporated

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 24th day of February, 2011, a copy of the foregoing was filed

electronically.  Notice of this filing will be sent to the following parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| **J. Lee McNeely** | **G. Christopher Bernard** |
| **Brady J. Rife** | **Susan M. Kornfield** |
| MCNEELY STEPHENSON THOPY & HARROLD | BODMAN LLP |
| jlmcneely@msth.com | cbernard@bodmanllp.com |
| bjrife@msth.com | skornfield@bodmanllp.com |

/s/ Joel E. Tragesser

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
Phone: 317-237-3800
Fax: 317-237-3900
jdimos@fbtlaw.com
jtragesser@fbtlaw.com
rharris@fbtlaw.com

1006926v1