```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
                         INDIANAPOLIS DIVISION


NIKISH SOFTWARE CORPORATION,   )
KISHIN BHARWANI,               )
                               )
          Plaintiffs,          )
     vs.                       ) NO. 1:07-cv-00358-TWP-MJD
                               )
MANATRON, INCORPORATED,        )
                               )
          Defendant.           )
```

**MINUTE ENTRY FOR FEBRUARY 14, 2011**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Parties appeared by telephone for a Status Conference.

This matter is scheduled for a telephonic status conference on **Tuesday, April 5, 2011 at 3:30 p.m.** to discuss the progress of discovery issues. Counsel shall attend the status conference by calling the designated phone number, to be provided by the court via email.

In addition, this matter is scheduled for a settlement conference on **Wednesday, July 13, 2011 at 8:30 a.m.,** in Room 257, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Mark J. Dinsmore.

**Unless excused by order of the court, clients or client representatives with complete authority to negotiate and communicate a settlement shall attend the settlement conference along with their counsel.** This requires the presence of each party, or the authorized representative of each corporate,

governmental, or other organizational entity.  Any insurance company that is a party, or is contractually required to defend or indemnify any party, in whole or in part, must have a fully authorized settlement representative present at the conference.  That representative must have final settlement authority to commit the company to pay, in the representative's own discretion, the amount within the policy limits, or up to the plaintiff's last demand, whichever is lower.  The purpose of this requirement is to have in attendance a representative who has the authority to exercise discretion to settle the case during the settlement conference without consulting someone else who is not present.

**No other persons are permitted to attend the settlement conference without leave of court.**

**No later than (3) business days before the settlement conference, the parties shall submit (not file) a confidential settlement statement** setting forth a <u>brief</u> statement of:  (1) relevant facts, including any key facts that the party believes are admitted or in dispute; (2) damages, including any applicable back pay, mitigation, compensatory and/or punitive damages, or any other special damages; (3) the existence of any applicable liens; and (4) any pending or anticipated dispositive or other substantive motions and citation to controlling precedent in support of their respective legal positions.  The confidential settlement statement should not exceed five pages, and submission

of exhibits should be kept to a minimum.  Confidential settlement statements should be submitted via email to MJDinsmore@insd.uscourts.gov.

**No later than fifteen days before the settlement conference, Plaintiff(s) shall serve a settlement demand on Defendant(s), who shall serve a response no later than seven days before the settlement conference.  The parties shall submit (not file) courtesy copies of their respective demand and response at the time of service.**  These should be emailed to the magistrate judge at MJDinsmore@insd.uscourts.gov.  There is no need to follow an email with a hard copy.

The parties are instructed to prepare and submit (not file) a draft settlement agreement, noting any disagreement by the parties.  **The draft settlement agreement shall be emailed to the magistrate judge in Word or Wordperfect format at MJDinsmore@insd.uscourts.gov no later than three (3) business days before the settlement conference.**

A request to vacate or continue the settlement conference must be made by motion filed with the court **no later than two weeks** prior to the conference, except in exigent circumstances.  These motions will be granted only for good cause.  Failure to comply with any of the provisions in this order may result in sanctions.

Dated: 03/03/2011

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

```
 Distribution List:
```

G. Christopher Bernard
BODMAN LLP
cbernard@bodmanllp.com

James Dimos
FROST BROWN TODD LLC
jdimos@fbtlaw.com

Richelle Marie Harris
FROST BROWN TODD LLC
rharris@fbtlaw.com

Susan M. Kornfield
BODMAN LLP
skornfield@bodmanllp.com

J. Lee McNeely
MCNEELY STEPHENSON THOPY & HARROLD
jlmcneely@msth.com

Brady J. Rife
MCNEELY STEPHENSON THOPY & HARROLD
bjrife@msth.com

Joel E. Tragesser
FROST BROWN TODD LLC
jtragesser@fbtlaw.com