UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NIKISH SOFTWARE CORPORATION and KISHIN BHARWANI, <br><br> Plaintiffs, <br><br> v. <br><br> MANATRON, INCORPORATED, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO.: 1:07-cv-0358-TWP-MJD |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Comes now the Plaintiffs, Nikish Software Corporation and Kishin Bharwani, by counsel, and respectfully move the Court for an extension of time to file their response to Defendant's Motion for Summary Judgment, to and including April 26, 2011. In support of their Motion, the Plaintiffs state:

1. Plaintiffs' Response to Defendant's Motion for Summary Judgment is currently due March 26, 2011. Time to respond has not expired.

2. The extension of time is necessary for the Plaintiffs to conduct necessary discovery to fully respond to the Motion for Summary Judgment including taking the depositions of William McKenzie, Early Stephens, and Marty Ulanski. April 6, 2011 was the first deposition date that was available to the witnesses and to counsel. Plaintiffs will need twenty (20) days after the depositions to prepare their Response.

3. The undersigned spoke with counsel for Defendant and Defendant has no objection to this extension of time.

4. This Motion is made in good faith and not in an attempt to hinder or delay the progress of this matter.

WHEREFORE, Plaintiffs, by counsel, respectfully request the Court grant this Motion and enlarge the deadline for filing their response to Defendant's Motion for Summary Judgment to and including April 26, 2011, and for all other just and proper relief in the premises.

Respectfully submitted,

McNEELY, STEPHENSON, THOPY & HARROLD


   /s/ Brady J. Rife
Brady J. Rife
Attorney No.: 25378-73
Attorney for Plaintiffs,
Nikish Software Corp. and Kishin Bharwani

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

James Dimos
Richelle M. Harris
Joel E. Tragesser
FROST BROWN TODD LLC
jdimos@fbtlaw.com
rharris@fbtlaw.com
jtragesser@fbtlaw.com

G. Christopher Bernard
Susan K. Kornfield
BODMAN LLP
cbernard@bodmanllp.com
skornfield@bodmanllp.com

        /s/ Brady J. Rife
        Brady J. Rife

McNEELY, STEPHENSON, THOPY & HARROLD
Attorneys at Law
2150 Intelliplex Drive, Suite 100
Shelbyville, Indiana  46176
Telephone: 317-825-5110
Facsimile: 317-825-5109
bjrife@msth.com
jlmcneely@msth.com