```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
                       INDIANAPOLIS DIVISION


NIKISH SOFTWARE CORPORATION,    )
KISHIN BHARWANI,                )
                                )
          Plaintiffs,           )
     vs.                        ) NO. 1:07-cv-00358-TWP-MJD
                                )
MANATRON, INCORPORATED,         )
                                )
          Defendant.            )
```

**MINUTE ENTRY FOR APRIL 5, 2011**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Parties appeared by telephone for a Status Conference. The parties discussed discovery.

This matter is scheduled for a telephonic status conference on **Friday, May 20, 2011 at 4:30 p.m.** to discuss the progress of discovery issues and readiness for the settlement scheduled for July 13, 2011. Counsel shall attend the status conference by calling the designated phone number, to be provided by the court via email.

Dated:  04/06/2011

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution List:

G. Christopher Bernard
BODMAN LLP
cbernard@bodmanllp.com

James Dimos

FROST BROWN TODD LLC
jdimos@fbtlaw.com

Richelle Marie Harris
FROST BROWN TODD LLC
rharris@fbtlaw.com

Susan M. Kornfield
BODMAN LLP
skornfield@bodmanllp.com

J. Lee McNeely
MCNEELY STEPHENSON THOPY & HARROLD
jlmcneely@msth.com

Brady J. Rife
MCNEELY STEPHENSON THOPY & HARROLD
bjrife@msth.com

Joel E. Tragesser
FROST BROWN TODD LLC
jtragesser@fbtlaw.com