UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION


NIKISH SOFTWARE CORPORATION,     )
KISHIN BHARWANI,                 )
                                 )
          Plaintiffs,            )
       vs.                       ) NO. 1:07-cv-00358-TWP-MJD
                                 )
MANATRON, INCORPORATED,          )
                                 )
          Defendant.             )

**MINUTE ENTRY FOR MAY 20, 2011**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**


     The parties appeared by telephone for a status conference.

Issues of discovery were addressed.  The parties report they are

ready to proceed with the settlement conference currently

scheduled for July 13, 2011.


Dated:  05/26/2011

                              _____
                              Mark J. Dinsmore
                              United States Magistrate Judge
                              Southern District of Indiana

Distribution List:


G. Christopher Bernard
BODMAN LLP
cbernard@bodmanllp.com

James  Dimos
FROST BROWN TODD LLC
jdimos@fbtlaw.com

Richelle Marie Harris
FROST BROWN TODD LLC
rharris@fbtlaw.com

Susan M. Kornfield

```
BODMAN LLP
skornfield@bodmanllp.com

J. Lee McNeely
MCNEELY STEPHENSON THOPY & HARROLD
jlmcneely@msth.com

Brady J. Rife
MCNEELY STEPHENSON THOPY & HARROLD
bjrife@msth.com

Joel E. Tragesser
FROST BROWN TODD LLC
jtragesser@fbtlaw.com
```